# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **ANTHONY GLEN HUNT, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. 6:25-cv-492-ACA-JHE |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss Anthony Glen Hunt, Jr.'s petition for a writ of habeas corpus because Mr. Hunt has not exhausted state court remedies. (Doc. 22). Although the magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days (*id*. at 9–10), the court has not received any objections and the deadline for filing objections has passed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** the petition **WITH PREJUDICE**. (Doc. 1). The court **WILL DENY** the motion for stay and abeyance. (Doc. 21).

This Court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This Court finds Petitioner's claims do not satisfy either standard. Accordingly, the court will not issue a certificate of appealability.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this March 9, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE